UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE MOUNTBATTEN SURETY COMPANY, INC., ) ) ) Plaintiff, ) ) vs. ) ) FINLAY PROPERTIES, INC., et. al, ) ) Defendants. ) | 1:05-cv-1413-SEB-VSS |

## ORDER CLOSING CASE

Based on the Magistrate Judge's recommendation, this case is hereby closed administratively to provide the parties an opportunity to conclude a settlement. All pending motions are denied as moot. If neither party moves to reopen the case by August 1, 2007, it will be dismissed with prejudice.

IT IS SO ORDERED.

Dated: 09/13/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Raymond A. Basile
HARRISON & MOBERLY
basile@h-mlaw.com

Stephanie Lynn Cassman
LEWIS & WAGNER
scassman@lewiswagner.com

Alexander B. Cvercko
FINLAY DEVELOPMENT LLC
acvercko@finlayllc.com

Mary E. Gardner
RIORDAN DONNELLY LIPINSKI & MCKEE
mgardner@rdlmlaw.com

Thomas C. Hays
LEWIS & WAGNER
thays@lewiswagner.com

Robert James Hoffman
HARRISON & MOBERLY
rhoffman@h-mlaw.com

Brian T. Miller
RIORDAN DONNELLY LIPINSKI & MCKEE
bmiller@rdlmlaw.com

Eric C. Redman
BATOR REDMAN BRUNER SHIVE & LUDWIG PC
eredman@batorredman.com

Robert E. Shive
BATOR REDMAN BRUNER SHIVE & LUDWIG PC
rshive@batorredman.com