UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE MOUNTBATTEN SURETY COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FINLAY PROPERTIES, INC., et. al, <br><br> Defendant. | 1:05-cv-1413- SEB-JMS |

**ORDER DISMISSING CASE WITH PREJUDICE**

Per the Court's entry dated September 13, 2006, this cause was administratively closed without prejudice to the right of any party to move to reopen it on or before August 1, 2007. In that entry, the Court stated that if no motion to reopen was filed by that date, the case would be dismissed with prejudice.

No motion to reopen was filed by the August 1, 2007, deadline. This case is, therefore, dismissed with prejudice.

IT IS SO ORDERED.

Date: 08/22/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Raymond A. Basile
basie@h-mlaw.com

Alexander B. Cvercko
acvercko@finlayllc.com

Stephanie Lynn Cassman
scassman@lewiswagner.com

Mary E. Gardner
mgardner@rdlmlaw.com

Thomas C. Hays
thays@lewiswagner.com

Robert James Hoffman
rhoffman@h-mlaw.com

Brian T. Miller
bmiller@rdlmlaw.com

Eric C. Redman
eredman@batorredman.com

Robert E. Shive
rshive@batorredman.com